**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CAROL GAYLOR, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **CASE NO.: 3:23-cv-01439-MMH-PDB** ) |
| LEWIS POINT PLAZA, L.L.C., a Florida Limited Liability Company, | ) ) ) |
| Defendant. _____ | ) ) |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice, with each party to bear its respective fees and costs.

Dated: January 30, 2024

                                            Respectfully Submitted,

                                            KU & MUSSMAN, P.A.
                                            18501 Pines Blvd, Suite 209-A
                                            Pembroke Pines, Florida 33029
                                            Tel: (305) 891-1322
                                            Fax: (954) 686-3976
                                            [Louis@kumussman.com](mailto:Louis@kumussman.com)

                                            By: */s/ Louis I. Mussman*
                                            Louis I. Mussman, Esq. (Lead Counsel)
                                            (FL Bar # 597155)

Brian T. Ku, Esq.
(FL Bar #: 610461)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a copy will be sent via U.S. Mail to the following:

Barry Wurgler, Esq.
Ash Properties
7880 Gate Pkwy Ste 300
Jacksonville, FL 32256-7285
barry@ashproperties.com

LEWIS POINT PLAZA, L.L.C.
By Serving Registered Agent:
Miklaine Management, LLC
7880 Gate Pkwy. 300
Jacksonville, FL 32256

By: /s/ Louis Mussman
     Louis I. Mussman, Esq.